AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>1163 E. 223rd St., Carson, CA 90745 | ) ) ) ) ) ) ) ) ) <br>Case No. 2:20-MJ-02928 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   06/23/20 @ 10:50 am   _____
                                               *Judge's signature*

City and state:   Los Angeles, CA   Hon. Maria A. Audero, U.S. Magistrate Judge
                                     *Printed name and title*

AUSA:   Edward Han, 213-894-8230

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-MJ-02928 | Date and time warrant executed: 06-25-2020 approx 6:00 AM | Copy of warrant and inventory left with: Mina Sherif & Bisaya Abdullahi |
| Inventory made in the presence of: Mina Sherif & Bisaya Abdullahi (adult residents) | | |
| Inventory of the property taken and name of any person(s) seized: No persons seized. For list of property seized see attached DEA-12 Forms. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-30-2020

_Executing officer's signature_

Erwin M. Benedicto, Special Agent DEA
_Printed name and title_

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

1163 E. 223rd St
Carson CA

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 06/25/2020

DIVISION/DISTRICT OFFICE

Los Angeles

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| One | Samsung notebook | |
| One | Apple iPad | |
| One | Apple iPad | Seized to |
| One | Samsung | Pursuant |
| One | ledger | Federal |
| One | Apple iPad | Search |
| One | Apple iPad | Warrant |
| One | Apple iPad | |
| One | Apple iPad | |
| One | Apple iPad | |
| One | Apple iPhone | |
| One | Samsung Phone | |
| One | Portable charger | |
| One | HP Laptop | |
| Misc | documents from shed | |
| Misc | documents kitchen cabinet | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
TFO Noran Alvarez

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
SA Erwin Benedato

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

pg 1 of 3

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
1163 E. 22nd St
Carson CA

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 06/25/2020

DIVISION/DISTRICT OFFICE
Los Angeles

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| MISC | documents kitchen counter | |
| MISC | docs Toyota Highlander | |
| MISC | docs Master nightstand | |
| MISC | docs shed | Seized to |
| one | power bank & can safe | Pursuant to |
| one MISC | docs garage cabinet | Federal |
| one | Samsung note pad (dresser) | Search |
| one | Samsung note [tab] | Warrant |
| one | (nightstand master) flip top drawer | |
| one | Apple watch | |
| one | Apple phone (master) | |
| one | Apple watch (nightstand) | |
| one | I phone | |
| one | I phone | |
| one | Apple Macbook (Ford Fusion) | |
| one | Samsung | |

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type)
TFO N. Abrams

WITNESSED BY (Signature)
NAME AND TITLE (Print or Type)
SA Erwin Benedict

FORM DEA-12 (8-02) Previous editions obsolete        Electronic Form Version Designed in JetForm 5.2 Version

pg 2 8 3

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
1163 E. 223rd St
Carson CA

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 06/25/2020

**DIVISION/DISTRICT OFFICE**
Los Angeles

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| one | Amazon reader | seized pursuant to Federal Search Warrant |
| one | Rose Gold iPhone | |
| one | pink thumb drive | |
| one | RCA notebook/pad | |
| 19 | thumb drives | |
| one | processor | |

Notary Follows

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
TFO Norm Alanis

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
SA Erwin Benedict

FORM DEA-12 (8-02) Previous editions obsolete                 Electronic Form Version Designed in JetForm 5.2 Version

Pg 3 of 3